UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_____ DIVISION

Sylvia Sanchez Lopez §
§
versus §    CIVIL ACTION NO. _____
United States President §
Joseph Biden §
Hunter Biden §
United States Army §
Lulac Counsil

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. This action is brought under Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred by Title 42 United States Code, Section § 2000e-5.

2. The Plaintiff is: Sylvia Sanchez Lopez

   Address: 2525 Niagra
   Corpus Christi Tx 78405

   County of Residence: Nueces

3. The defendant is: United States President

   Address: Joseph Biden, Hunter Biden
   1450 Pennsylvania Ave. NW Washington

☐ Check here if there are additional defendants. List them on a separate sheet of paper with their complete addresses.

4. The plaintiff has attached to this complaint a copy of the charges filed on 9/13/23 with the Equal Opportunity Commission.

5. On the date of 9/13/23, the plaintiff received a Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission; a copy is attached.

6. Because of the plaintiff's:

   (a) ☑ race

   (b) ☐ color

   (c) ☐ sex

   (d) ☐ religion

   (e) ☐ national orgin,

   the defendant has:

   (a) ☐ failed to employ the plaintiff

   (b) ☐ terminated the plaintiff's employment

   (c) ☐ failed to promote the plaintiff

   (d) ☑ other: defamtion of Character, Criminal Sexual trafficking, Violation of all Civil rights Stolen and refuses to Release an inheritance

7. When and how the defendant has discriminated against the plaintiff:

   Refuses to Release an inheritance that was given to me as a gift before i was Born, has stolen my funds and has gang stalked for years, drugged me with a drug that used as a medical procedure

8. The plaintiff requests that the defendant be ordered:

   (a) ☑ to stop discriminating against the plaintiff

   (b) ☐ to employ the plaintiff

   (c) ☐ to re-employ the plaintiff

   (d) ☐ to promote the plaintiff

United States Army in Corpus Christi
Stop of gang stalking me with 1,500-people

(e) ☑ to Favored in Case of 2014. has the City of Corpus Christi following me always Caused an accident involving Proggresive Insurance that Caused my mother death. my Child was also in that accident 8/13/20 and that;

(f) ☑ the Court grant other relief, including injunctions, damages, costs and attorney's fees.

*Sylvia Sanchez Lopez*
(Signature of Plaintiff)

Address: 2525 Niagra
Corpus Christi Tx 78405

Telephone: 361 980-6084, 361 739-0345

Appendix B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_____ DIVISION

Sylvia Sanchez Lopez

versus
United States President
Joe Biden
Hunter Biden
President Zelinsky of Ukraine
United States Army.

§
§
§
§
§
§
§
§

CIVIL ACTION NO. _____

ORIGINAL COMPLAINT

My case is in Judicary Commitee in house of Representive's in Washington Dc. Jim Jordan has info of my Inheritance. Also names of the 1,500 people involed in gangstalking, Sexual Trafficking whom are mostly are of Nuecess. County. I never knew of my Inheritance of cases Because no one ever Served nor contacted me. It was in a Scholarship I entered in 2022 in France and Russia. That's how my info came out. I did tesitify in a short hearing in Washington DC. of questions of How I had met President Putin in 1993. And saw each other in Mexico 2021. In 2014 I was Kidnapped and Taken on a ship where I was raped and had Embryo's Removed from my womb without my consent. Is that naval ship I was Taken to Ukraine and that is when President Zelinsky comes into play. Now I have reported To the FBI that a Radiation high grade X is being used directed To me. That Cause heat and burns, and ultimatley death by the same indivuals that include 1,500 people here Corpus Christi.