United States District Court
Southern District of Texas
**ENTERED**
September 19, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| SYLVIA SANCHEZ LOPEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:23-CV-00230 |
| | § | |
| JOE BIDEN, *et al.*, | § | |
| | § | |
| Defendants. | § | |

### MEMORANDUM AND RECOMMENDATION

Proceeding *pro se* and *in forma pauperis*, Sylvia Sanchez Lopez filed this civil action against Defendants Joe Biden, Hunter Biden, President Zelenskyy of Ukraine, and the United States Army. (D.E. 1). Because she is proceeding *in forma pauperis*, her complaint is subject to screening pursuant to 28 U.S.C. § 1915(e)(2)(B). For the reasons discussed further below, it is recommended that Lopez's case be **DISMISSED with prejudice** as frivolous.

I.   **LEGAL STANDARD**

A district court may dismiss *sua sponte* a complaint filed *in forma pauperis* if it determines that the action is frivolous or fails to state a claim on which relief may be granted. 28 U.S.C. § 1915(e)(2)(B). In determining whether a plaintiff has stated an actionable claim for relief, the complaint must be liberally construed in favor of the plaintiff and the allegations contained therein must be taken as true. *Martin K. Eby Constr. Co. v. DART*, 369 F.3d 464, 470 (5th Cir. 2004). An action is frivolous if it lacks an arguable

basis in either law or fact. *Henson–El v. Rogers*, 923 F.2d 51, 53 (5th Cir. 1991). A complaint is without an arguable basis in law if it is grounded upon a discredited or untenable legal theory. *Neitzke v. Williams*, 490 U.S. 319, 325 (1989). A claim is factually frivolous when "the facts alleged are 'fantastic or delusional scenarios' or the legal theory upon which a complaint relies is 'indisputably meritless.'" *Harris v. Hegmann*, 198 F.3d 153, 156 (5th Cir. 1999); *see also Denton v. Hernandez*, 504 U.S. 25, 32-33 (1992).

## II.  COMPLAINT AND EXHIBITS

Lopez alleges in her complaint that the Defendants have defamed her character, participated in criminal sex trafficking, violated her civil rights, and refused to release an inheritance that was given to her before she was born. (D.E. 1 at 2). She alleges that she has been "gang stalked" for years and drugged with something that was used for a medical procedure. (*Id.*). Lopez alleges that the Army has stalked her with 1,500 people in Corpus Christi and caused an accident that led to her mother's death. (*Id.* at 3). She alleges that Representative Jim Jordan has information about her inheritance, a list of the 1,500 people stalking her, and information about people involved in sex trafficking. (*Id.* at 4). She alleges that she testified in Washington, DC, about how she met Vladimir Putin in 1993 and 2021. Lopez alleges that she was kidnapped aboard a naval ship in 2014, raped, and had embryos removed from her womb, before being taken to Ukraine. Finally, she alleges that a strong radiation that causes heat, burns, and death is now being directed at her by the same 1,500 people in Nueces County that were stalking her. (*Id.*).

### III. DISCUSSION

Here, Lopez's complaint is factually frivolous as it is based on fantastic and delusional scenarios. Lopez's haphazard and disconnected allegations are baseless, irrational, and wholly incredible. *See Denton*, 504 U.S. at 33. She fails to present any specific facts or a logical and coherent set of allegations to support her claims that Defendants refuse to release an inheritance she was given before she was born, the Army stalks her with 1,500 people, Representative Jordan has information about her inheritance and a list of sex traffickers, she was kidnapped and raped and taken to Ukraine, embryos were stolen from her body, and 1,500 people are directing deadly radiation at her. The Court, therefore, is not bound to accept her allegations as true. *Denton*, 504 U.S. at 33 (explaining that allegations must be accepted as true, unless they are clearly irrational, baseless, or wholly incredible).

### IV. RECOMMENDATION

Accordingly, it is recommended that Lopez's case be **DISMISSED with prejudice** as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B).

Respectfully submitted on September 19, 2023.

_____
Julie K. Hampton
United States Magistrate Judge

**NOTICE TO PARTIES**

The Clerk will file this Memorandum and Recommendation and transmit a copy to each party or counsel. Within FOURTEEN (14) DAYS after being served with a copy of the Memorandum and Recommendation, a party may file with the Clerk and serve on the United States Magistrate Judge and all parties, written objections, pursuant to Fed. R. Civ. P. 72(b), 28 U.S.C. § 636(b)(1), General Order No. 2002-13, United States District Court for the Southern District of Texas.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within FOURTEEN (14) DAYS after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415 (5th Cir. 1996) (*en banc*).